UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                     Case No. 20-46332

KATINA LACHELLE BROWN,                 Chapter 7

          Debtor.                                    Judge Thomas J. Tucker

_____/

## ORDER DISMISSING CASE

On May 29, 2020, a voluntary petition for relief under Chapter 7 was filed, commencing this case. On June 14, 2020 the Debtor filed a document entitled "Certificate of Counseling" (Docket # 13). The Debtor's Certificate of Counseling states that on *June 12, 2020*, the Debtor received "an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111."

The Debtor is not eligible to be a debtor in this case, under 11 U.S.C. § 109(h)(1). That section provides in relevant part, that:

> an individual may not be a debtor under this title unless such individual has, **during the 180-day period ending on the date of filing the petition by such individual**, received from an approved nonprofit budget and credit counseling agency described in section 111(a) an individual or group briefing (including a briefing conducted by telephone or on the Internet) that outlined the opportunities for available credit counseling and assisted such individual in performing a related budget analysis.

(Emphasis added).

The Debtor did not receive the required credit counseling briefing *during the 180-day period ending on the date of the filing of the petition*. The only credit counseling certificate that the Debtor filed shows that the Debtor received a credit counseling briefing on June 12, 2020, which was *14 days* after the petition was filed in this case.

Accordingly,

IT IS ORDERED that this case is dismissed.



**Signed: August 6, 2020**

/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**